UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VILLALOBOS, and those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-01544-KJM-DB<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Based on the Parties' Stipulation of Dismissal (ECF Docket No. 14), the Court GRANTS the Stipulation of Dismissal and hereby enters the following Order:

1. That the above-captioned action be and hereby is dismissed WITH PREJUDICE as to Plaintiff John Villalobos' individual claims for relief asserted against Defendant State Farm Mutual Automobile Insurance Company;

2. That the above-captioned action be and hereby is dismissed WITHOUT PREJUDICE as to the putative class claims for relief asserted on behalf of the uncertified putative class against Defendant State Farm Mutual Automobile Insurance Company; and

3. That Plaintiff John Villalobos and Defendant State Farm Mutual Automobile Insurance Company shall each bear their own attorneys' fees and costs.

DATED: March 8, 2018.

_____
UNITED STATES DISTRICT JUDGE